USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/5/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| In Furtherance of the | ORDER |
| Stay of Certain Civil Cases | |
| Pending the Restoration of | |
| Department of Justice Funding | |

_____

WHEREAS, the court having issued a Standing Order (1:25-mc-00433-LTS) relating to the stay of certain civil cases, and the tolling of certain deadlines in those cases, involving the United States Attorney's Office for the Southern District of New York,

It is hereby noted that the case(s) assigned to the undersigned that are listed below is (are) subject to the terms of the Standing Order. The Clerk of Court is respectfully directed to enter a copy of this Notice in each listed case.

**1:24-cv-03947**

**SO ORDERED.**

*Mary Kay Vyskocil*
_____

Date:  November 5, 2025          **MARY KAY VYSKOCIL**

  New York, NY                   **United States District Judge**