**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------X

DR. SOUHEIL E. ELIA,

Plaintiff,

-against-

24 **CIVIL** 3947 (MKV)

**JUDGMENT**

THE UNITED STATES OF AMERICA, THE UNITED STATES DEPARTMENT OF JUSTICE, and PAMELA BONDI, U.S. ATTORNEY GENERAL,

Defendants.

-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 7, 2026, Plaintiff's Complaint is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim; accordingly, the case is closed.

**Dated:** New York, New York

September 9, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** Negam Dulel

**Deputy Clerk**