USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/11/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DR. SOUHEIL E. ELIA,

Plaintiff,

-against-

THE UNITED STATES OF AMERICA, THE UNITED STATES DEPARTMENT OF JUSTICE, and PAMELA BONDI, U.S. ATTORNEY GENERAL,

Defendants.

1:24-cv-03947-MKV

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of Plaintiff's September 6, 2026 application requesting that the "Court take immediate judicial action on the pending constitutional challenge" asserted in his complaint. [ECF No. 54].

Given this Court has since entered an order granting Defendants' motion to dismiss the action in its entirety, [ECF No. 52], Plaintiff's application at ECF No. 54 is denied as moot.

The Clerk of Court is respectfully requested to terminate docket entry 54.

**SO ORDERED.**

**Date: September 11, 2026**
**New York, NY**

Mary Kay Vyskocil

**MARY KAY VYSKOCIL**
**United States District Judge**